IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSIE J. PAYNE, JR. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-0568 |
| TRANS UNION, LLC, ET AL. | : | |

# **ORDER**

AND NOW, this  31st  day of March, 2010, upon consideration of the Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6) of Defendants LexisNexis Risk & Information Analytics Group Inc. and Reed Elsevier Inc. (Doc. No. 32), it is ORDERED that Defendants' Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.